IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. LAURIE DUNSHIE

CASE NO: 4:10-mj-00010-SAO

---

Defendant Laurie Dunshie,

has this date met the bail conditions indicated below and is ordered discharged from custody.

__X__ Released to Richard Eggleston, the third party custodian

__X__ Paid cash bail in the amount of $5000.00 to the Clerk of Court

_____ Posted unsecured bond in the amount of _____

_____ Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court

_____ Surrendered passport to the Clerk of Court

_____ Other _____


Dated at Fairbanks, Alaska this __27__ day of July, 2010.

Redacted Signature
_____
SCOTT A. ORAVEC
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal

(Rev 7/10)